PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Alexander Hayes Eldred</u>　　　Case Number: <u>A-18-CR-179(01)LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Orlando L. Garcia, Chief U.S. District Judge, Western District of Texas, San Antonio Division</u>

Date of Original Sentence: <u>April 6, 2017</u>

Original Offense: <u>Conspiracy to Possess a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(C)</u>

Original Sentence: <u>16 months imprisonment followed by three (3) years of supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>December 29, 2017</u>

Assistant U.S. Attorney: <u>Joseph E. Blackwell</u>　　　Defense Attorney: <u>Alfredo R. Villarreal</u>

---

### PREVIOUS COURT ACTION

On January 11, 2018, a Probation Form 12B was filed with the Court to modify his conditions of supervised release to include substance abuse counseling, shall not use or possess any controlled substance without a valid prescription, search condition, and shall not use or possess alcohol.

On May 10, 2018, supervision was transferred from the Western District of Texas, San Antonio Division to the Western District of Texas, Austin Division, under Docket No. A-18-CR-179(01)LY.

On September 30, 2019, a Probation Form 12A was filed with the Court to notify of a random urine specimen submitted on September 17, 2019, that tested positive for cannabinoids.

On October 29, 2019, a Probation Form 12A was filed with the Court to notify of a random urine specimen submitted on October 7, 2019 and October 14, 2019, that tested positive for cannabinoids.

ELDRED, Alexander Hayes
Report on Offender Under Supervision
Page 2

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Nature of Non-compliance:** On November 18, 2019, the defendant submitted to random drug testing and said results returned positive for cannabinoids. He admitted to said use.

**U.S. Probation Officer Action:** The defendant is attending weekly 12 step meetings and will remain on random drug testing. The Court will be notified if further compliance issues arise. It is recommended that no further action be taken at this time.

Respectfully submitted,

Laura W. Howard
Sr. United States Probation Officer
Date: 12/4/2019

Approved:
Hector Garcia, Supervising
United States Probation Officer

---

## THE COURT ORDERS:

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: December 4, 2019